UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

D4, VENANCIO ROSALINE GOMEZ-JUAN,

    Defendants.

Case No.: 10-cr-20541-04
Hon. Matthew F. Leitman

## ORDER OF DISMISSAL SUPERSEDING INDICTMENT

Leave of the Court is granted for the reasons stated in the government's motion to dismiss the above-numbered Superseding Indictment Venancio Rosaline Gomez-Juan.

**IT IS HEREBY ORDERED** that Superseding Indictment and arrest warrant against the defendant be dismissed without prejudice, and that the defendant's appearance bond, if any, be canceled.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 16, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 16, 2022, by electronic means and/or ordinary mail.

                                                  s/Holly A. Ryan  
                                                Case Manager  
                                                (313) 234-5126